# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Lennett Gensel, | Civil File No. 13-cv-1196 RTR |
| Plaintiff, | |
| vs. | **DEFENDANT'S MOTION TO STAY** |
| Performant Technologies, Inc., | |
| Defendant. | |

Defendant Performant Technologies, Inc., by and through its undersigned attorneys, moves this Court for a Motion to Stay the proceedings pursuant to the primary jurisdiction doctrine until the Federal Communications Commission issues a decision on two Petitions for Declaratory Rulings that are currently pending. Defendant further moves that this requested stay be held in abeyance until after the parties have completed mediation which is currently scheduled for October 8, 2014. (*See* Docs. # 28, 29.) In the event the mediation is successful, this motion will become moot.

In support of its Motion to Stay, Defendant offers and incorporates by reference its Memorandum in Support of its Motion to Stay.

**BASSFORD, REMELE, P.A.**

Dated: September 2, 2014         By:____/s/ Jessica L. Klander_____
                                 Michael A. Klutho (MN # 1038353)
                                 Jessica L. Klander (MN # 0392290)
                                 Attorneys for Defendant
                                 33 South Sixth Street, Suite 3800
                                 Minneapolis, MN 55402-3707
                                 Telephone: 612-333-3000
                                 Facsimile: 612-333-8829
                                 mklutho@bassford.com
                                 jklander@bassford.com

1208042.docx