# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LENNETT GENSEL,**

    Plaintiff,

-vs-                            Case No. 13-C-1196

**PERFORMANT TECHNOLOGIES,**

    Defendant.

## DECISION AND ORDER

On January 28, the Court stayed this matter under the Telephone Consumer Protection Act pending rulings on petitions before the Federal Communications Commission. In a joint status update, the parties inform the Court that the FCC recently issued its ruling (a Declaratory Ruling and Order) on July 10. The plaintiff, Lennett Gensel, wants the stay lifted, but the defendant, Performant Technologies, wants the opportunity to request an additional stay because appeals have been filed from the FCC's Order.

Performant's brief in support of a continued stay is due on or before **August 12, 2015.** The stay will be lifted if no motion is filed, but the stay will remain in place until August 12 and during the pendency of Performant's forthcoming motion.

Dated at Milwaukee, Wisconsin, this 31st day of July, 2015.

                                 **SO ORDERED:**

                                 */s/ Rudolph T. Randa*
                                 **HON. RUDOLPH T. RANDA**
                                 **U.S. District Judge**