UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

LENNETT GENSEL,                                                     Case No. 13-cv-1196

                Plaintiff,

vs.

PERFORMANT TECHNOLOGIES, INC.,

                Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Lennett Gensel and Defendant Performant Technologies, Inc., by their respective counsel, hereby provide notice to the court that this matter has been resolved. The Parties will file a Stipulation of Dismissal within 60 days.

 s/ Nathan E. DeLadurantey
Nathan E. DeLadurantey (WI # 1063937)
Heidi N. Miller (WI # 1087696)
DELADURANTEY LAW OFFICE, LLC
735 W. Wisconsin Avenue, Suite 720
Milwaukee, WI  53233
(414) 377-0515; (414) 755-0860 – Fax
*Attorneys for the Plaintiff*

 s/ Michael A. Klutho
Michael A. Klutho (License #186302)
Bassford Remele, a Professional Association
33 South 6th Street, Suite 3800
Minneapolis, MN 55402
(612) 333-3000; (612) 333-8829 - Fax
*Attorney for the Defendant*