UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVSION

| | |
|---|---|
| LENNETT GENSEL, <br><br> Plaintiff, <br><br> vs. <br><br> PERFORMANT TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 13-cv-1196 <br><br> **STIPULATION OF DISMISSAL** |

Plaintiff Lennett Gensel, by counsel, and Defendant Performant Technologies, Inc., by counsel, hereby respectfully stipulate and notify the Court that all matters herein between the parties have been resolved, and that the Plaintiff's cause against Performant Technologies, Inc. shall be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

This 23rd day of May, 2016.

By: s/ Heidi N. Miller
Nathan E. DeLadurantey
Heidi N. Miller
DeLadurantey Law Office, LLC
735 W. Wisconsin Ave., Suite 720
Milwaukee, WI 53233
P: 414-377-0515
F: 414-755-0860
*Attorneys for the Plaintiff*

s/ Michael A. Klutho
Michael A. Klutho
Bassford Remele, a Professional Association
33 South 6th Street, Suite 3800
Minneapolis, MN 55402
P: 612-333-3000
F: 612-333-8829
*Attorney for the Defendant*